The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SOFTBUYERS, INC., an Illinois corporation; and PATRICK SUTTON, an individual,<br><br>  Defendants. | No. 2:14-cv-01852-RSM<br><br>STIPULATION FOR PERMANENT INJUNCTION |

## **STIPULATION**

Plaintiff Microsoft Corporation and Defendants Softbuyers, Inc. and Patrick Sutton, by and through their respective counsel of record (if any), hereby stipulate and agree to entry of the following permanent injunction and order.  Defendants agree to entry of the permanent injunction without admitting any liability to the claims asserted in the Amended Complaint (ECF No. 10).

STIPULATED PERMANENT INJUNCTION AND ORDER
(2:14-cv-01852-RSM)- 1
4847-8121-9139v.1 0025936-002307

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 3rd day of March, 2017.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Plaintiff Microsoft Corp.* | Defendant Softbuyers, Inc., (pro se) |

By /s/ Lauren Dorsett                                    By _____
    Bonnie MacNaughton, WSBA # 36110        Robert Patrick Sutton
    Lauren Dorsett, WSBA # 43110                  President of Softbuyers, Inc.

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700                                      Defendant Robert Patrick Sutton (pro se)
Email:  bonniemacnaughton@dwt.com
          laurendorsett@dwt.com

                                                By _____
                                                      Robert Patrick Sutton

## **PERMANENT INJUNCTION**

Pursuant to settlement of this matter, and the parties' agreement in connection therewith to stipulate to a permanent injunction, IT IS HEREBY ORDERED that Defendants Softbuyers, Inc. and Patrick Sutton are hereby enjoined and restrained from:

1. Copying or making any infringing use or infringing distribution of Microsoft's software and intellectual property;

2. Manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any Microsoft software or other intellectual property bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service marks, or copyrights;

STIPULATED PERMANENT INJUNCTION AND ORDER
(2:14-cv-01852-RSM)- 2
4847-8121-9139v.1 0025936-002307

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

3. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, and/or other item has been manufactured, assembled, produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Microsoft, when such is not true in fact;

4. Engaging in any other activity constituting an infringement of any of Microsoft's trademarks, services marks, and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, such trademarks, services marks and/or copyrights; and/or

5. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities listed above.

IT IS SO ORDERED.

DATED THIS 6 day of March 2016.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION AND ORDER
(2:14-cv-01852-RSM)- 3
4847-8121-9139v.1 0025936-002307

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax